# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150882(53)

CYNTHIA HARDY, Personal Representative of
the ESTATE OF MARGARET MARIE ROUSH,
    Plaintiff-Appellee,

v

LAURELS OF CARSON CITY, L.L.C.,
    Defendant-Appellant.
_____/

SC: 150882
COA: 317406
Montcalm CC: 2012-016830-CZ

On order of the Chief Justice, the motion of defendant-appellant to adjourn the case from the March 2016 case call is GRANTED. The Clerk is directed to schedule the case for oral argument at a future session of the Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2016



Clerk